IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| In Re: | Case No. 08-14305-TMW |
|---|---|
| MITCHELL, BRUCE ALLEN<br>MITCHELL, NELDA SUE<br><br>Debtors. | Chapter 7 |

## PAYMENT OF FUNDS TO THE CLERK
## PURSUANT TO BANKRUPTCY RULE 3010

  ROBERT A. BROWN, Trustee of the above captioned bankruptcy matter, reports that all orders of the Court have been complied with and that pursuant to the Order Authorizing Payment of Dividends and Compensation and Expenses of the Trustee, all checks have been issued and mailed to creditors at their last known addresses.

  The following checks have not been mailed for the reason that the dividend to be paid to each creditor listed was under $5.00.  Accompanying this report is a check payable to the Clerk of the Court for the total amount, in accordance with Bankruptcy Rule 3010.

| CLAIM NUMBER | CLAIMANT/ADDRESS | AMOUNT |
|---|---|---|
| 000011 | eCast Settlement Corporation, assignee of HSVC Bank Nevada and its Assigns<br>P O Box 35480<br>Newark NJ 07193-5480 | $3.32 |

**TOTAL**                                    **$3.32**

DATED: September 8, 2010

                    /s/ Robert A. Brown_____
                    ROBERT A. BROWN, Trustee, OBA #11235
                    123 WEST 7TH AVENUE, SUITE 102
                    STILLWATER, OK  74074
                    405.377.8185
                    bob@bobbrownattorney.com

(11-1) CREDIT CARD DEBT

**BANK OF AMERICA, N.A.**

CHECK NUMBER

**3017**

ROBERT A. BROWN, TRUSTEE
123 WEST 7TH AVENUE, SUITE 102
STILLWATER, OK 74074

32-1/1110 TX 0

| DATE | AMOUNT |
|---|---|
| 09/08/10 | ***********3.32 |

**1835747**

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 08-14305   TMW | Debtor: MITCHELL, BRUCE ALLEN<br>~~Joint Debtor: MITCHELL, NELDA SUE~~ |

U S BANKRUPTCY COURT CLERK
215 DEAN A MCGEE AVENUE
OKLAHOMA CITY OK 73102

*Three Dollars And 32/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑊"003017"⑊  :▓▓▓▓▓:  ▓▓▓▓3278"⑊

---

| Date: 09/08/10 | Check Number: 3017 | Amount: 3.32 |
|---|---|---|
| Case Number: 08-14305   TMW | | |
| Debtor Name: MITCHELL, BRUCE ALLEN | | |
| SSN: ▓▓▓-▓▓-2899 | | |

| Paid To: | U S BANKRUPTCY COURT CLERK<br>215 DEAN A MCGEE AVENUE<br>OKLAHOMA CITY OK 73102 | Trustee: | ROBERT A. BROWN, TRUSTEE<br>123 WEST 7TH AVENUE, SUITE 102<br>STILLWATER, OK 74074 |
|---|---|---|---|

Description:   (11-1) CREDIT CARD DEBT

Bank Account Number:   ▓▓▓3278